```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 00686
    CALVIN JEFFERS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-8854

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 01/26/2006 and was confirmed 03/15/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

    The case was dismissed after confirmation 12/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED            2000.00        288.56       1398.28
AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED           .00           .00
BENEFICIAL MORTGAGE CO O   CURRENT MORTG         .00            .00           .00
BENEFICIAL MORTGAGE CO O   MORTGAGE ARRE     3229.27            .00       3229.27
BENEFICIAL FINANCE CORP    CURRENT MORTG         .00            .00           .00
COOK COUNTY TREASURER      SECURED               .00            .00           .00
LIGHTHOUSE FINANCIAL GRO   SECURED             846.48         31.51        846.48
AMERICAN GENERAL           UNSECURED        NOT FILED           .00           .00
BLUE ISLAND RADIOLOGY      UNSECURED        NOT FILED           .00           .00
CAPITAL ONE                UNSECURED           588.20           .00        118.62
CAPITAL ONE                UNSECURED           464.75           .00        102.92
CHASE BANK USA NA          UNSECURED           702.80           .00        141.73
CITY OF CHICAGO PARKING    UNSECURED           365.00           .00         69.29
ARNOLD SCOTT HARRIS        NOTICE ONLY      NOT FILED           .00           .00
CHICAGO DEPT OF REVENUE    NOTICE ONLY      NOT FILED           .00           .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY      NOT FILED           .00           .00
FIRST PREIMER BANK         UNSECURED        NOT FILED           .00           .00
FIRST PREMIER BANK         UNSECURED        NOT FILED           .00           .00
GREGORY EMERGENCY PHYSIC   UNSECURED        NOT FILED           .00           .00
OSI COLLECT                NOTICE ONLY      NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED          1248.42           .00        276.44
LASALLE BANK               UNSECURED        NOT FILED           .00           .00
OAK ROCK FINANCIAL LLC     UNSECURED        NOT FILED           .00           .00
ORCHARD BANK               UNSECURED        NOT FILED           .00           .00
PARADIGM ACCEPTANCE CO     UNSECURED        NOT FILED           .00           .00
ST FRANCIS HOSPITAL        UNSECURED          1146.00           .00        253.76
BLUE ISLAND RADIOLOGY      NOTICE ONLY      NOT FILED           .00           .00
ST FRANCIS HOSPITAL        NOTICE ONLY      NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED           931.83           .00        206.33
T-MOBILE USA               UNSECURED            87.59           .00         15.17
TELECOM USA                NOTICE ONLY      NOT FILED           .00           .00
RESURGENT CAPITAL          SECURED NOT I    11384.81            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 00686 CALVIN JEFFERS
```

```
SOUTHWEST CREDIT         UNSECURED       NOT FILED            .00           .00
T MOBILE                 NOTICE ONLY     NOT FILED            .00           .00
PORTFOLIO RECOVERY       UNSECURED         3816.55            .00        754.49
CHASE BANK USA NA        SECURED NOT I     372.93             .00           .00
RESURGENT CAPITAL        SECURED NOT I    1108.08             .00           .00
ECAST SETTLEMENT CORP    UNSECURED       12749.45             .00       2823.11
LEDFORD & WU             DEBTOR ATTY      2,500.00                      2,500.00
TOM VAUGHN               TRUSTEE                                          881.73
DEBTOR REFUND            REFUND                                            12.31
```

Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                            RECEIPTS             DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    13,950.00

PRIORITY                                                .00
SECURED                                             5,474.03
    INTEREST                                          320.07
UNSECURED                                           4,761.86
ADMINISTRATIVE                                      2,500.00
TRUSTEE COMPENSATION                                  881.73
DEBTOR REFUND                                          12.31
                          ---------------       ---------------
TOTALS                     13,950.00               13,950.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE